No. 7,036.—GLEN BRUNER, by A. D. BRUNER, His Guardian Ad Litem, Plaintiff and Respondent, *v.* CARTER COUNTY, Defendant and Appellant.

Decided September 20, 1932.

PER CURIAM.—The motion of respondent that the appeal herein be dismissed, on the ground that it was not taken within ninety days after entry of judgment, as provided by subdivision 2 of section 9732, Revised Codes 1921, is sustained and the appeal is ordered dismissed.

*Mr. Leon L. Wheeler,* for Respondent.

No. 7,058.—STATE ex Rel. J. J. GREINER, Relator, *v.* DISTRICT COURT et al., Respondents.

Decided September 21, 1932.

PER CURIAM.—The petition of J. J. Greiner, relator, for writ of review herein is denied.

*Mr. Al Hansen* and *Mr. C. A. Spaulding,* for Relator.